IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.D., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JEWISH FAMILY AND CHILDREN'S SERVICES OF GREATER PHILADELPHIA, et al.,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 15-05740 |

## ORDER

**AND NOW**, this 7th day of April, 2016, upon consideration of the motions to dismiss filed by the City of Philadelphia ("City") (ECF No. 15), Jewish Family and Children's Services of Greater Philadelphia's ("JFCS") (ECF No. 16), Dende Korpoi (ECF No. 20), and Theresa Bryant ("Bryant") (ECF No. 24) (collectively "Defendants"), Plaintiffs K.D. and L.C.'s responses thereto (ECF Nos. 17, 21, 25), JFCS's reply (ECF No. 18), and oral argument on March 22, 2016 (ECF No. 31), it is hereby **ORDERED** that:

1. Defendants' motions are **DENIED** with respect to dismissal of Plaintiffs' amended complaint as time-barred;

2. JFCS and Bryant's motions are **GRANTED** with respect to dismissing from the amended complaint all allegations of post-adoption liability.

                                                BY THE COURT:


                                                */s/ Gerald J. Pappert*
                                                GERALD J. PAPPERT, J

1